**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | CASE NO: 11-54049 |
| | Chapter 13 |
| Jennings Perry | SSN: xxx-xx-xxxx |
| Kelly Perry | SSN: xxx-xx-xxxx |
| Debtors | |

**CHANGE OF ADDRESS**

Below please find the Change of Address for the above captioned Debtor

Jennings and Kelly Perry

PO Box 2

Canal Winchester OH     43110-0002

 /s/ Derek M. Shaw
Derek M Shaw (0088076)
Calig Law Firm
513 E Rich Street, Suite 210
Columbus OH    43215
(614)252-2300
(614)252-2558
measter@caliglaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the foregoing Change of Address was served, electronically , upon , Faye English Chapter 13 Trustee, and Assistant U.S. Trustee, 170 North High Street, Suite 200, Columbus, OH 43215; on the 24th day of October 2016.

 /s/ Derek M. Shaw
Derek M Shaw (0088076)
Calig Law Firm
513 E Rich Street, Suite 210
Columbus OH   43215
(614)252-2300
(614)252-2558
measter@caliglaw.com