UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re:<br>JENNINGS MICHAEL PERRY<br>KELLY MACHELE PERRY<br>Debtor(s) | Case No. 11-54049 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Faye D. English, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/15/2011.

2) The plan was confirmed on 08/15/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 10/02/2013, 04/08/2016.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 04/23/2013.

5) The case was completed on 08/29/2016.

6) Number of months from filing to last payment: 65.

7) Number of months case was pending: 68.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $144,645.14 |
| Less amount refunded to debtor | $3,586.02 |
| **NET RECEIPTS:** | **$141,059.12** |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,103.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $6,010.40 |
| Other | $180.55 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$9,293.95** |

Attorney fees paid and disclosed by debtor:      $397.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| BANK OF AMERICA | Unsecured | 21,764.00 | NA | NA | 0.00 | 0.00 |
| Canal Banking | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| CANAL CHIROPRACTIC | Unsecured | 51.60 | 0.00 | 51.60 | 2.32 | 0.00 |
| Childrens Hospital | Unsecured | 5,500.00 | NA | NA | 0.00 | 0.00 |
| Cincinatti Childrens Hospital | Unsecured | 79.51 | NA | NA | 0.00 | 0.00 |
| CITY OF COLUMBUS | Priority | 683.96 | 0.00 | 634.63 | 634.63 | 0.00 |
| CME FEDERAL CREDIT UNION | Unsecured | 50.00 | 0.00 | 50.32 | 2.26 | 0.00 |
| Crd Prt Asso | Unsecured | 191.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ADJUSTMENTS INC | Unsecured | 186.00 | 0.00 | 201.31 | 9.06 | 0.00 |
| DEPARTMENT OF TREASURY INTER? | Priority | 2,775.00 | 0.00 | 1,445.60 | 1,445.60 | 0.00 |
| EQUABLE ASCENT FINANCIAL LLC | Unsecured | NA | 0.00 | 198.85 | 8.95 | 0.00 |
| Ffcc-Columbus Inc | Unsecured | 22.00 | NA | NA | 0.00 | 0.00 |
| Ffcc-Columbus Inc | Unsecured | 22.00 | NA | NA | 0.00 | 0.00 |
| Ffcc-Columbus Inc | Unsecured | 12.00 | NA | NA | 0.00 | 0.00 |
| Fidelity Properties In | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| Firstsource Fin Soluti | Unsecured | 1,428.00 | NA | NA | 0.00 | 0.00 |
| Firstsource Fin Soluti | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Groveport Dental Group | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Ic Systems Inc | Unsecured | 39.00 | NA | NA | 0.00 | 0.00 |
| JP MORGAN CHASE BANK NA | Unsecured | NA | 0.00 | 61,017.94 | 2,745.81 | 0.00 |
| Jprecovery | Unsecured | 66.00 | NA | NA | 0.00 | 0.00 |
| M & T BANK | Secured | 6,652.00 | 0.00 | 12,423.52 | 12,423.52 | 0.00 |
| M & T BANK | Secured | NA | 0.00 | 0.00 | 109,762.40 | 0.00 |
| Medicredit Corp | Unsecured | 192.00 | NA | NA | 0.00 | 0.00 |
| Medicredit Corp | Unsecured | 68.00 | NA | NA | 0.00 | 0.00 |
| OHIO ATTORNEY GENERAL STATE C | Priority | 1,700.00 | 0.00 | 3,981.70 | 3,981.70 | 0.00 |
| OHIO ATTORNEY GENERAL STATE C | Unsecured | 576.05 | 0.00 | 2,197.74 | 98.90 | 0.00 |
| Ohio University | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| Pediatrics Academic Assoc | Unsecured | 31.18 | NA | NA | 0.00 | 0.00 |
| Physicians Credit Bure | Unsecured | 223.00 | NA | NA | 0.00 | 0.00 |
| Physicians Credit Bure | Unsecured | 165.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Physicians Credit Bure | Unsecured | 131.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO INVESTMENTS I LLC | Unsecured | 4,110.00 | 0.00 | 4,109.62 | 184.93 | 0.00 |
| Reliant Cap | Unsecured | 264.00 | NA | NA | 0.00 | 0.00 |
| Reliant Cap | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 9,641.00 | 0.00 | 10,150.61 | 456.78 | 0.00 |
| RIVERSIDE METHODIST HOSPITAL | Unsecured | 194.99 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL DISTRIBUTIONS | Unsecured | 184.00 | 0.00 | 184.71 | 8.31 | 0.00 |
| State Farm Insurance | Unsecured | 3,612.40 | NA | NA | 0.00 | 0.00 |
| Suncoast Cu | Unsecured | 43.00 | NA | NA | 0.00 | 0.00 |
| Un Coll Tol | Unsecured | 57.00 | NA | NA | 0.00 | 0.00 |
| United Collect Bur Inc | Unsecured | 44.00 | NA | NA | 0.00 | 0.00 |
| United Collect Bur Inc | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| Vinton County Bank Of | Unsecured | 2,208.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $109,762.40 | $0.00 |
| Mortgage Arrearage | $12,423.52 | $12,423.52 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$12,423.52** | **$122,185.92** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $6,061.93 | $6,061.93 | $0.00 |
| **TOTAL PRIORITY:** | **$6,061.93** | **$6,061.93** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$78,162.70** | **$3,517.32** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $9,293.95 |
| Disbursements to Creditors | $131,765.17 |
| **TOTAL DISBURSEMENTS :** | **$141,059.12** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/01/2016                        By: /s/ Faye D. English
                                                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**